IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

Danny Ray Banks

(Enter above the full name of the plaintiff or plaintiffs in this action.)

vs.

Derrick D. Schofield,
James M. Holloway,
Robert Henry, et al.;

(Enter above the full name of the defendant or defendants in this action.)

RECEIVED
15 OCT 15 PM 2:06

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS UNDER 42 U.S.C., §1983

I. Previous Lawsuits

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment? Yes ( ) No (X)

B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to this previous lawsuit

Plaintiffs: N/A

Defendants: N/A

2. Court (if federal court, name the district; if state court, name the county): N/A

3. Docket Number: N/A

4. Name of judge to whom case was assigned: N/A

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) N/A

6. Approximate date of filing lawsuit: N/A

7. Approximate date of disposition: N/A

II. Place of Present Confinement: West Tennessee State Penitentiary.

A. Is there a prisoner grievance procedure in the institution?

Yes (X) No ( )

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure? Yes (X) No ()

C. If your answer is Yes:

1. What steps did you take? I personally filed grievance complaints about the problems.

2. What was the result? Exhausted all of my administrative remedies.

D. If your answer is No, explain why not: N/A

III. Parties

(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

A. Name of Plaintiff Danny Ray Banks a.k.a. Danny Ray Davis

Address 480 Green Chapel Road Henning, Tennessee. 38041-1150.

(In item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his and his place of employment in the third blank. Use Item C for the names, positions, and places of employment of an additional defendants.)

B. Defendant Derrick D. Schofield is employed as Commissioner at Tennessee Department of Corrections

C. Additional Defendants: James M. Holloway

Warden

West Tennessee State Penitentiary

IV. Statement of Claim

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet if necessary.

This is a civil action authorized by 42 U.S.C. Section 1983 to redress the deprivation, under color of state law, of rights secured by the Constitution of the United States.

1. Citing 28 U.S.C. Sections 1331 and 1343(a)(3). Myself bringing a Pro Se 1983 suit as a prisoner.

2. Citing 28 U.S.C. Section 1367. The U.S. District Court for the Western District of Tennessee has supplemental jurisdiction over plaintiff's state law claims.

Additional Defendents:

D. Robert Henry is employed as Associate Warden of Treatment at West Tennessee State Penitentiary.

E. Stanley Dickerson is employed as Associate Warden of Security at West Tennessee State Penitentiary.

F. Charles Sweat is employed as Chief of Security at West Tennessee State Penitentiary.

G. Anthony Ragland is employed as Unit Manager at West Tennessee State Penitentiary.

H. Jeffrey Middleton is employed as Acting Unit Manager at West Tennessee State Penitentiary.

I. William Bryant is employed as Unit Manager at West Tennessee State Penitentiary.

J. Evelyn Scallions is employed as Counselor at West Tennessee State Penitentiary.

K. Terrance Henning is employed as Sergeant at West Tenessee State Penitentiary.

L. Malakai Johnston is employed as Inmate Relations Coordinator at West Tennessee State Penitentiary.

M. David Besse is employed as Inmate Relations Coordinator at West Tennessee State Penitentiary.

N. Johnathan Bartlett is employed as Corporal at West Tennessee State Penitentiary.

O. Michael Manson is employed as Corporal at West Tennessee State Penitentiary.

P. Jerry Mooney is employed as Captain at West Tennessee State Penitentiary.

Statement of Claim:

3. Citing 28 U.S.C. Section 1391(b)(2). The U.S. District Court for the Western District of Tenessee is the appropriate venue because it is where the events giving rise to this claim occurred.

4. Citing 28 U.S.C. Section 139(b). The main venue rule for a suit based on Section 1983.

V. Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

1. For the plaintiff to be allowed the opportunities to amend his complaint if errors have been presented.
2. A jury trial on all issues triable by jury.
3. Plaintiff's medical expenses for which he is likely to face in the future.
4. Because the case presents potentially complex litigation issues, affecting other prisoners at West Tennessee State Penitentiary as well as Banks, plaintiff ask that the court consider appointment of counsel for the plaintiff.
5. Punitive damages in the amount of $200,000.00 against each defendant, jointly and severally.

VI. Jury Demand

I would like to have my case tried by a jury. Yes (X) No ( ).

I (We) hereby certify under penalty of perjury that the above complaint is true to the best of our information, knowledge, and belief.

Signed this 18th day of September, 2015.

Danny R. Banks

(Signature of Plaintiff/Plaintiffs)

X Danny R. Banks

State of Tennessee
County of Lauderdale
Sworn to and subscribed before me
This 18 day of Sept 2015
[signature] Notary
My Commission Expires 5/17/17

JASON GILBERT STATE OF TENNESSEE NOTARY PUBLIC LAUDERDALE COUNTY



Revised 4/18/08

Additional Reliefs:

6. Compensatory damages in the amount of $200,000.00 against each defendant, jointly and severally.

7. Plaintiff's costs in this suit be added against each defendant, jointly and severally.

8. Any additional reliefs this court deems just, proper, and equitable.